IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00039-CR-W-HFS |
| JOSEPH M. UMAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on April 8, 2021, and Magistrate Judge Jill A. Morris considered the forensic evaluation prepared by Stephen E. Peterson, M.D., dated March 16, 2021, in which Dr. Peterson determined that, at the present time, the defendant was experiencing an adjustment disorder, but there was no indication that mental disease or defect prevented him from properly assisting his attorney. Thus, it was within reasonable medical certainty that defendant was competent to stand trial and assist his attorney if he so chooses.

After making an independent review of the record, and the applicable law, Judge Morris determined that the defendant was competent to proceed

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 41) are ADOPTED by the undersigned.

                                                   s/ Howard F. Sachs
                                                   HOWARD F. SACHS
                                                   United States District Judge

Dated: May 3, 2021
Kansas City, Missouri