IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-00039-01-CR-W-HFS |
| JOSEPH M. UMAN, | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

On December 28, 2021, Defendant Joseph Uman was ordered to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 74) Defendant was examined by Cynthia A. Low, Ph.D., who prepared a report dated June 27, 2022. (Doc. 76)

A competency hearing was held on July 7, 2022. The Government was represented by Assistant United States Attorney Stefan Hughes. Defendant appeared with appointed counsel Scott Toth. The parties stipulated that Dr. Low would testify consistent with her report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: July 7, 2022

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE