IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
Plaintiff,                        )
                                  )
    v.                            )     Case No. 20-00039-CR-W-HFS
JOSEPH UMAN   ,                   )
                                  )
                                  )
Defendant.                        )

**ORDER**

A competency hearing was conducted on July 7, 2022, and Magistrate

Judge Jill A. Morris considered the forensic evaluation prepared by Cynthia  A.

Low, Ph.D., filed with the court on January 6, 2022 (Doc. 76). Dr. Low opined that

despite defendant's significant symptoms of PTSD and depression, defendant

demonstrated sufficient ability to understand the nature and consequences of the

court proceedings against him, and a sufficient ability to properly assist counsel in

his defense. (Doc. 76, p. 15). The parties stipulated that Dr. Low would testify

consistent with her report.

After making an independent review of the record, and the applicable law, Judge Morris determined that the defendant was not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Morris concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 79) are ADOPTED by the undersigned.

/s/  Howard F. Sachs
HOWARD F. SACHS
United States District Judge

Dated:  August 4, 2022
Kansas City, Missouri